24 A.3d 360

**Donald HALL, Petitioner**

v.

**PHILADELPHIA COURT OF COMMON PLEAS, Respondent.**

**No. 15 EM 2011.**

Supreme Court of Pennsylvania.

Aug. 5, 2011.

*ORDER*

PER CURIAM.

**AND NOW,** this 5th day of August, 2011, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**